19995. CLARK *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial contains the general grounds only. There is some evidence to support the verdict, and "whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court." *Bradham* v. *State,* 21 *Ga. App.* 510 (94 S. E. 618).

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED NOVEMBER 12, 1929.

*M. B. Eubanks, Norman Shattuck,* for plaintiff in error.

*M. Neil Andrews, solicitor-general,* contra.